No. 10–5505.   BROWN *v.* CITY OF NORTH CHICAGO, ILLINOIS, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 10–5506.   CARTER *v.* GROUNDS, ACTING WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 10–5507.   TRESSLER *v.* FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 10–5508.   WILLIS *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 10–5509.   UDOINYION *v.* DEKALB COUNTY, GEORGIA, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 10–5510.   KING *v.* KELLER, WARDEN.   C. A. 11th Cir. Certiorari denied.

No. 10–5511.   LOWRY ET UX. *v.* YAVAPAI COUNTY BOARD OF SUPERVISORS ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 10–5513.   DRUMMOND *v.* RYAN, WARDEN, ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 10–5514.   DILLEHAY, AKA SMITH *v.* ASTRUE, COMMISSIONER OF SOCIAL SECURITY.   C. A. 8th Cir.   Certiorari denied.

No. 10–5515.   DAVIS *v.* HUCKABAY ET AL.   Ct. App. Cal., 5th App. Dist.   Certiorari denied.

No. 10–5516.   PARKER *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 10–5517.   MONTERROZO *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 10–5518.   KANGERE *v.* DAVENPORT.   C. A. 4th Cir.   Certiorari denied.

No. 10–5519.   KRIZ *v.* 12TH JUDICIAL DISTRICT BOARD OF MENTAL HEALTH OF BOX BUTTE COUNTY ET AL.   C. A. 8th Cir. Certiorari denied.